**Opinion issued February 14, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-10-01153-CV

———————————

**KAREN KRISTINE SILVIO, Appellant**

**V.**

**MICHAEL B. NEWMAN, Appellee**

On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 945,526

**MEMORANDUM OPINION**

Appellant, Karen Kristine Silvio, has neither paid the required filing fee for this appeal nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order."), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. § 51.207 (West Supp. 2012), § 51.941(a) (West 2005), § 101.041 (West Supp. 2012) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals).

The filing fee was first due on December 15, 2010. On October 12, 2012, the Court issued an order notifying appellant that she had not established indigence and that, unless the filing fee was paid within 10 days, the appeal was subject to dismissal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3 (allowing involuntary dismissal of case). Appellant filed a response in which she again asserts that she is indigent.

Because appellant has not paid the required filing fee as directed, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c). All other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.